**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff** | : | No. **1:20-cv-00068** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **LORI J. ROBIDOUX, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 13th day of August 2020, **IT IS ORDERED THAT** Plaintiff is directed to file a report as to the status of this action within ten (10) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
